IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA M. KUNSA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 03-1272 ) Judge Gary L. Lancaster/ |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) Magistrate Judge Amy Reynolds Hay ) ) ) |
| Defendant. | ) |

## ORDER

AND NOW, this 11th day of Oct, 2005, after the plaintiff, Donna M. Kunsa, filed an action in the above-captioned case, and after Motions for Summary Judgment were submitted, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and after reviewing the objections filed by the Plaintiff, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Motion for Summary Judgment filed by Plaintiff is DENIED.

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by Defendant is GRANTED.

IT IS FURTHER ORDERED that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits and supplemental security income is affirmed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P..

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

William J. Remaley, Esquire
Berger & Green
5850 Ellsworth Avenue
Suite 200
Pittsburgh, PA 15232

Rebecca Ross Haywood
Assistant United States Attorney
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219